IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| EDWARD BUTOWSKY | § | |
| | § | CIVIL ACTION No. 4:21CV774 |
| v. | § | |
| | § | |
| U.S. DEPT. OF JUSTICE, et al. | § | JUDGE SEAN D. JORDAN |
| | § | |

# FEBRUARY 4th JOINT STATUS REPORT

Defendants, the United States Department of Justice ("DOJ") and the U.S. Department of Homeland Security ("DHS"), and Plaintiff, Ed Butowsky, file this Joint Status Report in compliance with the Court's Scheduling Order [ECF 6].

This case involves one FOIA request, dated August 17, 2021, which contains 26 numbered subparts and one unnumbered subpart. Several of the agencies named in the FOIA request are not defendants in this lawsuit. The following chart addresses each subpart, the applicable agency, and the status of the request.

| 8/17/21 Request Subpart | Agency | Status |
| --- | --- | --- |
| 1 | OIP[1] | Search in Progress |
|  | EOUSA | Search in Progress |
| 2 | OIP | Search in Progress |
|  | OPR | Issued a no records final response on 10/27/21. |

---

[1] OIP's Initial Request Staff is responsible for processing FOIA requests for records within OIP and from six senior leadership offices of the Department of Justice, specifically the Offices of the Attorney General (OAG), the Deputy Attorney General (ODAG), and the Associate Attorney General (OASG), and the Offices of Legislative Affairs (OLA), Legal Policy (OLP), and Public Affairs (PAO).

|    | OIG   | Issued a no records final response on January 31, 2022 |
|----|-------|-------------------------------------------------------|
|    | EOUSA | Search in Progress                                    |
| 3  | OIP   | Search in Progress                                    |
|    | OIG   | Issued a no records final response on January 31, 2022 |
|    | EOUSA | Search in Progress                                    |
| 4  | OIP   | Search in Progress                                    |
|    | OPR   | Issued a no records final response on 10/27/21.       |
|    | EOUSA | Search in Progress                                    |
| 5  | OIG   | Issued a no records final response on January 31, 2022 |
|    | OPR   | Issued a no records final response on 10/27/21.       |
|    | EOUSA | Search in Progress                                    |
| 6  | OIG   | Issued a no records final response on January 31, 2022 |
|    | OPR   | Issued a no records final response on 10/27/21        |
|    | EOUSA | Search in Progress                                    |
| 7  | OIG   | Issued a no records final response on January 31, 2022 |
|    | OPR   | Issued a no records final response on 10/27/21        |
|    | EOUSA | Search in Progress                                    |
| 8  | EOUSA | Search in Progress                                    |
| 9  | EOUSA | Search in Progress                                    |
| 10 | EOUSA | Search in Progress                                    |
| 11 | EOUSA | Search in Progress                                    |

| 12 | EOUSA | Search in Progress |
| --- | --- | --- |
| 13 | EOUSA | Search in Progress |
| 14 | DHS/CBP | Issued a denial of the request as insufficient on August 24, 2021 |
|  | EOUSA | Search in Progress |
| 15 | EOUSA | Search in Progress |
| 16 | EOUSA | Search in Progress |
| 17 | DHS/CBP | Issued a denial of the request as insufficient on August 24, 2021 |
|  | EOUSA | Search in Progress |
| 18 | EOUSA | Search in Progress |
| 19 | EOUSA | Search in Progress |
| 20 | EOUSA | Search in Progress |
| 21 | EOUSA | Search in Progress |
| 22 | EOUSA | Search in Progress |
| 23 | EOUSA | Search in Progress |
| 24 | EOUSA | Search in Progress |
| 25 | EOUSA | Search in Progress |
| 26 | EOUSA | Search in Progress |
| UNNUMBERED | OIP | Search in progress. |
|  | OIG | Issued a no records final response on January 31, 2022 |
|  | EOUSA | Search in Progress |
|  | OLC | Search in Progress |

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2643
Email:  andrea.parker@usdoj.gov

*/s/ Ty Odell Clevenger (with permission)*
TY ODELL CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY   11202-0753
Tel:    (979) 985-5289
Fax:   (979) 530-9523
Email: tyclevenger@yahoo.com