IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY | § | |
| | § | CIVIL ACTION No. 4:21CV774 |
| v. | § | |
| | § | |
| U.S. DEPT. OF JUSTICE, et al. | § | JUDGE SEAN D. JORDAN |
| | § | |

### JUNE 6TH JOINT STATUS REPORT & PROPOSED PRODUCTION SCHEDULE

Defendants, the United States Department of Justice ("DOJ"), and Plaintiff, Ed Butowsky, file this Joint Status Report in compliance with the Court's Scheduling Order [ECF 6].

### INTRODUCTION

This case involves one FOIA request, dated August 17, 2021, which contains 26 numbered subparts and one unnumbered subpart. All searches are complete, and only EOUSA has located potentially responsive documents. All other agencies and components have issued no records responses, and the parties agree that the no records responses are not at issue in this litigation. The production schedule and briefing schedule will only apply to EOUSA, and the parties agree to jointly submit a briefing schedule when production is complete.

### EOUSA's Proposed Production Schedule

EOUSA has located 4,763 pages of potentially responsive documents. EOUSA requests that the Court approve a processing rate of 350 pages per month, which is EOUSA's standard processing rate. At this rate, processing would take approximately 14

months to complete. EOUSA's explanation for its general policy of reviewing 350 pages per month for any given matter is set forth in detail in the attached declaration of Kara Cain. [Exhibit A].

### Plaintiff's Proposed Production Schedule

Plaintiff requests that the Court approve a processing rate of 500 pages per month. The Federal Bureau of Investigation, which is a component of the U.S. Department of Justice, normally processes records at a rate of 500 pages per month. *See Huddleston v. Fed. Bureau of Investigation*, No. 4:20-CV-447, 2021 WL 1837548, at *2 (E.D. Tex. May 7, 2021). Despite that policy, the FBI has sometimes been ordered to produce records at more than ten times that rate. *See Villanueva v. United States Dep't of Justice*, No. 19-23452-CIV, 2021 WL 5882995, at *3 (S.D. Fla. Dec. 13, 2021).  The Department of Justice's prosecution of Ari B. Teman is a matter of significant public interest, particularly insofar as there are allegations of prosecutorial misconduct. *See, e.g.*, Matthew Russell Lee, "Ari Teman Said His Lawyer May Have Spied For SDNY, Gets Year and A Day, Will Appeal," July 29, 2021 *Inner City Press*, http://www.innercitypress.com/sdny7aritemanicp072821.html and Ron Kampeas, "The Orthodox and the unorthodox appeal to pardon comedian Ari Teman," November 1, 2020 *Jerusalem Post*, https://www.jpost.com/american-politics/the-orthodox-and-the-unorthodox-appeal-to-pardon-comedian-ari-teman-647555. Given the public interest, a 500-page-per-month production rate is entirely reasonable.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2643
Email:  andrea.parker@usdoj.gov

*/s/ Ty Odell Clevenger (with permission)*
TY ODELL CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY   11202-0753
Tel:    (979) 985-5289
Fax:   (979) 530-9523
Email: tyclevenger@yahoo.com