# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:21-CV-00774-SDJ-CAN |
| v. | § | |
| | § | |
| U.S. DEPARTMENT OF JUSTICE, ET AL., | § | |
| | § | |
| Defendants. | § | |

## PRODUCTION SCHEDULE AND ORDER FOR STATUS UPDATES

On June 28, 2022, the Court held a status conference in this matter regarding the production schedule for the Executive Office for United States Attorneys ("EOUSA") [Dkts. 8; 9]. This Order merely memorializes the Court's oral rulings from the June 28, 2022, conference.

It is therefore **ORDERED** that EOUSA shall process at a rate of 350-pages per month. Production shall be made on the 27th day of each month.

It is further **ORDERED** that the Parties shall submit joint status reports every 120 days until production is complete, with the first status report being due *Monday, October 31, 2022.*

It is finally **ORDERED** that the Parties shall submit a proposed briefing schedule after all EOUSA documents are produced as directed herein.

**IT IS SO ORDERED.**

**SIGNED this 12th day of July, 2022.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE