IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY | § § | CIVIL ACTION No. 4:21CV774 |
| v. | § § | |
| U.S. DEPT. OF JUSTICE, et al. | § § § | JUDGE SEAN D. JORDAN |

## OCTOBER 31ST JOINT STATUS REPORT

Defendants, the United States Department of Justice ("DOJ"), and Plaintiff, Ed Butowsky, file this Joint Status Report in compliance with the Court's Production Schedule and Order for Status Updates [ECF 11].

In compliance with the Court's ordered production schedule, EOUSA has processed records at a rate of 350-pages per month and issued four interim releases to Plaintiff on or before the 27th of each month. Specifically, EOUSA has processed 1,400 pages of the 4,763 pages of potentially responsive documents and has issued interim releases on July 27, 2022, August 25, 2022, September 27, 2022, and October 26, 2022. EOUSA will continue this production schedule until all potentially responsive records have been processed.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250

       Beaumont, Texas   77701-2237
       Tel:  (409) 839-2538
       Fax: (409) 839-2643
       Email:  andrea.parker@usdoj.gov

       ***/s/ Ty Odell Clevenger (with permission)***
       TY ODELL CLEVENGER
       Attorney at Law
       P.O. Box 20753
       Brooklyn, NY   11202-0753
       Tel:    (979) 985-5289
       Fax:   (979) 530-9523
       Email: tyclevenger@yahoo.com