IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPT. OF JUSTICE, <br><br> Defendant. | CIVIL ACTION No. 4:21CV774 <br><br> JUDGE SEAN D. JORDAN |

## FEBRUARY 28, 2023 JOINT STATUS REPORT

The parties file this Joint Status Report in compliance with the Court's Production Schedule and Order for Status Updates [ECF 11].

In compliance with the Court's ordered production schedule, EOUSA has processed records at a rate of a minimum of 350-pages per month and issued eight interim releases to Plaintiff on or before the 27th of each month. Specifically, EOUSA has processed 3,184 pages of the 4,763 pages of potentially responsive documents and has issued the following interim releases:

(1) July 27, 2022 (401 pages)

(2) August 25, 2022 (400 pages)

(3) September 27, 2022 (424 pages)

(4) October 26, 2022 (404 pages)

(5) November 23, 2022 (376 pages)

(6) December 23, 2022 (420 pages)

(7) January 26, 2023 (360 pages)

(8) February 27, 2023 (399 pages)

EOUSA will continue this production schedule until all potentially responsive records have been processed.

Respectfully submitted,

BRIT FEATHERSTON
UNITED STATES ATTORNEY

*/s/ Andrea L. Parker*
ANDREA L. PARKER
Assistant United States Attorney
Texas Bar No. 00790851
550 Fannin St., Suite 1250
Beaumont, Texas   77701-2237
Tel:  (409) 839-2538
Fax: (409) 839-2643
Email:  andrea.parker@usdoj.gov

*/s/ Ty Odell Clevenger (with permission)*
TY ODELL CLEVENGER
Attorney at Law
P.O. Box 20753
Brooklyn, NY   11202-0753
Tel:    (979) 985-5289
Fax:   (979) 530-9523
Email: tyclevenger@yahoo.com