# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| EDWARD BUTOWSKY, | |
| Plaintiff, | CIVIL ACTION No. 4:21CV774 |
| v. | JUDGE SEAN D. JORDAN |
| U.S. DEPT. OF JUSTICE, | |
| Defendant. | |

## JANUARY 27, 2025 JOINT STATUS REPORT

The parties file this Joint Status Report in compliance with the Court's January 23, 2025 Order to provide a status report (ECF No. 27) (the "Order").

On November 22, 2024, the Court entered an agreed briefing schedule regarding the sole issue remaining in this case—whether Defendant properly redacted the email exchange at LITG-2022-000004_11. ECF No. 27. Pursuant to the briefing schedule, Defendant filed its motion for summary judgment on December 11, 2024. ECF No. 26. However, Plaintiff failed to file Combined Opposition to Defendant's Motion for Summary Judgment and Cross-Motion for Summary Judgment by the January 8, 2025 deadline.

Counsel for the parties conferred regarding the status of this case after the Court issued the Order. During those discussions, counsel for Plaintiff informed counsel for Defendant, and authorized him to disclose to the Court, that Plaintiff's counsel has recently suffered from medical issues that prevented him from timely filing Plaintiff's Combine Opposition to Defendants Motion for Summary Judgment and Cross-Motion for Summary Judgment. Plaintiff's counsel still wishes

to file the pleading, but requests that the deadline be continued to allow him to address his medical issues. Plaintiff's counsel requests that the Court enter an order continuing his deadline until after his medical issues resolve. Until then, the Parties can provide the Court with status reports at intervals the Court deems reasonable and appropriate.

    Respectfully submitted,

    ABE McGLOTHIN, JR.
    ACTING UNITED STATES ATTORNEY

    */s/ James Gillingham*
    JAMES GARLAND GILLINGHAM
    Texas State Bar No. 24065295
    james.gillingham@usdoj.gov
    110 N. College, Suite 700
    Tyler, TX  75702
    (903) 590-1400
    Fax: (903) 590-1436

    **COUNSEL FOR DEFENDANT**

    */s/ Ty Odell Clevenger (with permission)*
    TY ODELL CLEVENGER
    Attorney at Law
    P.O. Box 20753
    Brooklyn, NY   11202-0753
    Tel:     (979) 985-5289
    Fax:    (979) 530-9523
    Email: tyclevenger@yahoo.com

    **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

                                            */s/ James Gillingham*
                                            JAMES GILLINGHAM
                                            Assistant United States Attorney