IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| EDWARD BUTOWSKY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-CV-00774-SDJ-AGD |
| | § | |
| UNITED STATES DEPARTMENT OF JUSTICE, et al. | § | |

## ORDER

On January 27, 2025, the parties submitted a Joint Status Report (Dkt. #28). The parties advised the Court that counsel for Plaintiff was not able to comply with the Court's briefing schedule because "Plaintiff's counsel . . . suffered from medical issues that prevented him from timely filing" the required pleadings (Dkt. #28 at p. 1). To allow time for Plaintiff's counsel to address his medical issues, the Court concludes that this case will be administratively closed. A motion to reopen may be made by either side when appropriate.

It is therefore **ORDERED** that the instant lawsuit is **ADMINISTRATIVELY CLOSED** pending a motion to reopen after Plaintiff's counsel's medical issues have been remedied.

**So ORDERED and SIGNED this 31st day of January, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE